92 A.3d 669

IN THE MATTER OF BRIAN LE BON CALPIN, AN ATTORNEY AT LAW (ATTORNEY NO. 032252001).

June 19, 2014.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 13–152 of **BRIAN LE BON CALPIN** of **WOODBURY,** who was admitted to the bar of this State in 2001;

And the District IV Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack

of diligence) and *RPC* 1.4(b) (failure to adequately communicate with the client);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.3, and *RPC* 1.4(b), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. IV–2012–0031E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **BRIAN LE BON CALPIN** of **WOODBURY** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.